1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| RICHARD PULLEY, | Case No. 13-cv-05904 NC |
|---|---|
| Plaintiff, | **ORDER REFERRING CASE TO ADR UNIT FOR ASSESSMENT TELEPHONE CONFERENCE** |
| v. | |
| WELLS FARGO BANK, N.A.; US BANK, N.A., AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2006-AR-2; CAL-WESTERN RECONVEYANCE CORPORATION, and DOES 1-50, inclusive, | |
| Defendants. | |

Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the Court refers this foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone conference to assess this case's suitability for mediation or a settlement conference. Plaintiff's counsel and counsel for Defendants Wells Fargo and U.S. Bank must participate in a telephone conference, to be scheduled by the ADR Unit as soon as possible but no later than January 31, 2014.

Plaintiff's counsel and counsel for Defendants Wells Fargo and U.S. Bank must be prepared to discuss the following subjects:

   (1)   Identification and description of claims and alleged defects in loan documents.

Case No. 13-cv-05904 NC
ORDER REFERRING CASE TO ADR
UNIT

  (2) Prospects for loan modification.

  (3) Prospects for settlement.

 The parties need not submit written materials to the ADR Unit for the telephone conference.

 In preparation for the telephone conference, Plaintiff's counsel must do the following:

  (1) Review relevant loan documents and investigate the claims to determine whether they have merit.

  (2) If Plaintiff is seeking a loan modification to resolve all or some of the claims, Plaintiff must prepare a current, accurate financial statement and gather all of the information and documents customarily needed to support a loan modification request. Further, Plaintiff's counsel must immediately notify counsel for Defendants Wells Fargo and U.S. Bank of the request for a loan modification.

  (3) Provide counsel for Defendants Wells Fargo and U.S. Bank with information necessary to evaluate the prospects for loan modification, in the form of a financial statement, worksheet or application customarily used by financial institutions.

  (4) Arrange for Plaintiff to participate in the telephone conference.

 In preparation for the telephone conference, counsel for Defendants Wells Fargo and U.S. Bank must do the following:

  (1) If Wells Fargo and U.S. Bank are unable or unwilling to do a loan modification after receiving notice of Plaintiff's request, counsel for Defendants Wells Fargo and U.S. Bank must promptly notify Plaintiff's counsel to that effect.

  (2) Arrange for a representative of Defendants Wells Fargo and U.S. Bank with full settlement authority to participate in the telephone conference.

//

1   The ADR Unit will notify the parties of the date and time the telephone conference
2 will be held.  After the telephone conference, the ADR Unit will advise the Court of its
3 recommendation for further ADR proceedings.
4   IT IS SO ORDERED.
5   Date: December 26, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge