UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD PULLEY,<br><br>          Plaintiff,<br><br>     vs.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>          Defendants. | Case No. 3:13-CV-05904 NC<br><br>U.S. Magistrate Judge Nathanael M. Cousins<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AS MODIFIED<br><br>Current Date:     May 28, 2014<br><br>New Date:         ___June 25___, 2014<br><br>Time:             10:00 a.m. ~~2:00 p.m.~~<br>Crtrm.:           A (15th Floor)<br>Before:           Hon. Nathanael M. Cousins<br><br>[APPEARANCES BY TELEPHONE] |

The Court, having considered the joint request by plaintiff Richard Pulley and defendants Wells Fargo Bank, N.A. and U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-AR2 to continue the Case Management Conference scheduled for May 28, 2014, and finding good cause therefor, hereby **GRANTS** the request and **ORDERS** that the Case Management Conference be continued to ___June 25___, 2014, at 10:00 a.m. ~~2:00 p.m.~~ on the 15th Floor of the United States District Courthouse in San Francisco, Courtroom A.

1   The parties' counsel of record may appear by telephone.

2   It is so ordered.

3   Dated: May 27, 2014



IT IS SO ORDERED AS MODIFIED

Judge Nathanael M. Cousins

55000.1014/3279017.1                    2                    3:13-CV-05904 NC
ORDER CONTINUING CASE MANAGEMENT CONFERENCE