Jamil L. White (Bar No. 244028)
Michael Maloney (Bar No. 208297)
LOUIS | WHITE PC
1851 Heritage Lane, Suite 148
Sacramento, California 95815
Telephone:   (916) 333-3613
Facsimile:    (916) 274-4631

Attorneys for Plaintiff
RICHARD PULLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PULLEY, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a business entity; US BANK, N.A., AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR-2, a business entity; and DOES 1-50; inclusive,<br><br>Defendants. | Case No.: 3:13-cv-05904 NC<br><br>**ORDER CONTINUING FACT WITNESS AND EXPERT WITNESS DISCOVERY CUTOFF DATE FOR COMPLETION OF DEPOSITIONS AND EXTENDING TIME FOR HEARING MOTIONS FOR SUMMARY JUDGMENT**<br><br>Pretrial Conf.:   October 21, 2015<br>Trial Date:       November 10, 2015 |

The Court, having read and considered the stipulation by plaintiff Richard Pulley and defendants Wells Fargo Bank, N.A. and U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-through Certificates, Series 2006AR-2, and finding good cause therefor, hereby **ORDERS** that the pretrial deadlines be modified as follows:

1. The fact witness discovery cutoff is extended to August 10, 2015, solely for purposes of completing the depositions of Richard Pulley, Ira Bearbower, Wells Fargo's PMK, and Louis White's PMK, which depositions the parties anticipate completing between July 30, 2015, and August 7, 2015;

1
2       2.      Expert witness discovery cutoff is extended to August 24, 2015, solely for the
3    purposes of completing expert depositions on mutually agreeable dates between August 10, 2015
     and August 24, 2015; and
4
5       3.      The deadline to hear motions for summary judgment is continued to September 30,
     2015.
6
7       It is so ordered.

8    DATED: July 23, 2015



_____
Magistrate Judge

GRANTED
Judge Nathanael M. Cousins