UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD PULLEY,

        Plaintiff,

v.

WELLS FARGO BANK, N.A., et al.,

        Defendants.

Case No.13-cv-05904-NC

**ORDER RE: TRIAL DATE**

The parties have indicated to the Court that they have reached a settlement in this case. The Court notes that the pretrial binders were due on October 14, 2015, and the parties did not submit any. Until the parties file a joint stipulation of dismissal, the pretrial conference and trial dates remain as set. Therefore, the parties must file a dismissal of the case or a status update by October 16, 2015.

**IT IS SO ORDERED.**

Dated: October 15, 2015

                                      _____
                                      NATHANAEL M. COUSINS
                                      United States Magistrate Judge

Case No.13-cv-05904-NC